FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 11 PM 2:43
OFFICE OF THE CLERK

# CRIMINAL COVER SHEET

SEALED JES

USAO - Rev. 4/25_by

PLACE OF OFFENSE:

CITY: Omaha

COUNTY: Douglas

RELATED CASE INFORMATION:

☐ Superseding Indictment ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:** **KETANKUMAR BABUBHAI CHAUDHARI**

**ALIAS:** **Ken Chaudhari**

**ADDRESS:** **2306 N. 182nd Avenue, Elkhorn, Nebraska**

**SSN:** **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** **DOB:** **11-18-1988** ☒ MALE ☐ FEMALE ☐ ALIEN

☒ COMPLAINT AUSA: Danielle Fliam

☐ INFORMATION AGENT: Rachel Sullivan

☐ INDICTMENT AGENCY: FBI ☒ FBI

TRIAL: ☐ OMAHA ☒ LINCOLN ☐ NORTH PLATTE

U.S.C. CITATIONS: LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591 COUNT NO. 1

| COUNT # / CODE | | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|---|
| CT 1: | 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: | 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | 18 U.S.C. § 371; 18 U.S. C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: | 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY ☐ MISDEMEANOR: ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR ☐ CLASS B - MOTOR

☒ FELONY ☐ FORFEITURE ☐ CLASS C - VEHICLE/INFRACTION

LOCATION STATUS

☒ WARRANT ☐ OCDETF ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED? LIST LANGUAGE AND/OR DIALECT: Gujarati

COPY USA

2 JES

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|---|
| CT 5: | 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: | 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | | |
| CT 9: | | | |
| CT 10 | | | |
| CT 11 | | | |
| CT 12 | | | |
| CT 13 | | | |
| CT 14 | | | |
| CT 15 | | | |
| CT 16 | | | |
| CT 17 | | | |
| CT 18 | | | |
| CT 19 | | | |
| CT 20 | | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:** **AMIT BABUBHAI CHAUDHARI**

**ALIAS:** **Matt**

**ADDRESS:** **10728 L Street, Omaha, Nebraska**

**SSN:** **DOB:** **10-25-1991** ☒ MALE ☐ FEMALE ☐ ALIEN

☒ COMPLAINT AUSA: Danielle Fliam

☐ INFORMATION AGENT: Rachel Sullivan

☐ INDICTMENT AGENCY: FBI ☒ FBI

TRIAL: ☐ OMAHA ☒ LINCOLN ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591 COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

☐ PETTY ☐ MISDEMEANOR: ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR ☐ CLASS B - MOTOR

☒ FELONY ☐ FORFEITURE ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT ☐ OCDETF ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED? LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:** AMIT PRAHLADBHAI CHAUDHARI

**ALIAS:** Amit

**ADDRESS:** 9305 S. 145th Street, Omaha, Nebraska

**SSN:** **DOB:** 6-1-1993 ☒ MALE ☐ FEMALE ☐ ALIEN

☒ COMPLAINT AUSA: Danielle Fliam

☐ INFORMATION AGENT: Rachel Sullivan

☐ INDICTMENT AGENCY: FBI ☒ FBI

TRIAL: ☐ OMAHA ☒ LINCOLN ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591 COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY ☐ MISDEMEANOR: ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR ☐ CLASS B - MOTOR

☒ FELONY ☐ FORFEITURE ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT ☐ OCDETF ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED? LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:** **MAHESHKUMAR CHAUDHARI**

**ALIAS:** **Mahesh**

**ADDRESS:** **402 Blaine Street, Norfolk, NE 68701**

**SSN:** **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** **DOB:** **6/1/1987** ☒ MALE ☐ FEMALE ☐ ALIEN

☒ COMPLAINT

☐ INFORMATION

☐ INDICTMENT

AUSA: Danielle Fliam

AGENT: Rachel Sullivan

AGENCY: FBI ☒ FBI

TRIAL: ☐ OMAHA ☒ LINCOLN ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591 COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY ☐ MISDEMEANOR: ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR ☐ CLASS B - MOTOR

☒ FELONY ☐ FORFEITURE ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT ☐ OCDETF ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED? LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME: **RASHMI AJIT SAMANI**

ALIAS: **Falguni Samani**

ADDRESS: **2306 N. 182nd Avenue, Elkhorn, Nebraska**

SSN: **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** DOB: **3/7/1983** ☐ MALE ☒ FEMALE ☐ ALIEN

☒ COMPLAINT AUSA: Danielle Fliam

☐ INFORMATION AGENT: Rachel Sullivan

☐ INDICTMENT AGENCY: FBI ☒ FBI

TRIAL: ☐ OMAHA ☒ LINCOLN ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591 COUNT NO. 1

| | COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|---|
| CT 1: | 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: | 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: | 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY ☐ MISDEMEANOR: ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR ☐ CLASS B - MOTOR

☒ FELONY ☐ FORFEITURE ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT ☐ OCDETF ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED? LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| | COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|---|
| CT 5: | 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: | 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | | |
| CT 9: | | | |
| CT 10 | | | |
| CT 11 | | | |
| CT 12 | | | |
| CT 13 | | | |
| CT 14 | | | |
| CT 15 | | | |
| CT 16 | | | |
| CT 17 | | | |
| CT 18 | | | |
| CT 19 | | | |
| CT 20 | | | |